United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BRUCE,

Plaintiff,

v.

INTUIT INC., et al.,

Defendants.

Case No. 26-cv-08518-CRB

**ORDER RELATING CASES**

The parties moved jointly for this Court to consider whether this case should be related to Baldwin v. Intuit, Inc., et al., 26-cv-7086-TLT. Joint Admin. Mot. (dkt. 16). Local Rule 3-12 requires courts to relate actions when (1) they "concern substantially the same parties, property, transaction, or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). The parties argue that the issues in this case and Baldwin are largely the same and that proceeding independently would waste resources and risk duplicative or conflicting rulings. See generally Joint Admin. Mot. This Court agrees. Thus, this case is hereby **RELATED** to Baldwin, 26-cv-7086-TLT, and reassigned to the Honorable Trina L. Thompson.

**IT IS SO ORDERED.**

Dated: October 28, 2026

CHARLES R. BREYER
United States District Judge